

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00014-CR

Jerry Wayne **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0421-CR-C
Honorable Doug Shaver, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file Appellant's brief is GRANTED. Appellant's brief is filed with this court as of July 17, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk